UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| L.C. BROWN, | ) | Civil Action No.: 4:16-cv-2305-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| V. JACKSON, SCDC Employee; and | ) | |
| WARDEN COHEN, SCDC Employee, | ) | |
| in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, who is proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. Presently before the court is Plaintiff's Motion for Discovery (Document # 29). All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(d), DSC.

In his motion for discovery, Plaintiff seeks discovery from Defendants. However, it does not appear that Plaintiff served the discovery requests on Defendants prior to filing the motion. Discovery requests are to be served on parties, not filed with the court, and the court does not get involved in discovery matters until a party has requested discovery pursuant to the Federal Rules of Civil Procedure and, thereafter, a dispute arises. Therefore, Plaintiff's motion is **DENIED**.

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

February 9, 2017
Florence, South Carolina